THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROSS, Appellant. [646 NYS2d 638] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered September 12, 1994, convicting him of murder in the second degree (three counts) and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the matter is remitted to the Supreme Court, Kings County, for a reconstruction hearing and report in accordance herewith and the appeal is held in abeyance in the interim. The Supreme Court shall issue its report with all convenient speed.

A reconstruction hearing is necessary to determine whether the defense counsel consented to certain parenthetical phrases contained in the verdict sheet *(see, People v Damiano,* 87 NY2d 477).

We reach no other issues at this time. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.